AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. **05 - 488**

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

_____7/13/05_____  
(Date forms issued)

_____[signature]_____  
(Signature of Party or their Representative)

_____DANNY P RANDOLPH JR._____  
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action