# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYAN JAMES VOLDEN, CHARLES DUPRAZ, VANESSA Z. DEGEORGE, MELISSA GOEKE, JAMES R. CONLEY, NANCY BJORK, TOM KIDWELL, and JEFF VAUGHT, on their own behalves and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    vs.<br><br>INTEL CORPORATION, A DELAWARE CORPORATION,<br><br>            Defendant. | Case No. 1:05-cv-00488-JJF |

## SUBSTITUTION OF COUNSEL

TO:  Clerk of the Court
     District Court of Delaware
     800 N. King Street
     Wilmington, DE 19801

**PLEASE WITHDRAW** the appearance of A. Zachary Naylor, Esquire, as attorney for the Plaintiffs and **PLEASE ENTER** the appearance of Robert D. Goldberg, Esquire, as attorney for the Plaintiffs.

| CHIMICLES & TIKELLIS LLP | BIGGS & BATTAGLIA |
|---|---|
| /s/ A. Zachary Naylor | /s/ Robert D. Goldberg |
| A. Zachary Naylor (I.D. No. 4439) | Robert D. Goldberg (I.D. No. 631) |
| Chimicles & Tikellis LLP | Biggs and Battaglia |
| One Rodney Square | 921 N. Orange Street |
| P.O. Box 1035 | P.O. Box 1489 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 656-2500 | (302) 655-9677 |
| DATED: January 18, 2006 | DATED: January 18, 2006 |

## CERTIFICATE OF SERVICE

I, Robert D. Goldberg, undersigned counsel of record, hereby certify that on January 18, 2006, I caused a copy of the Substitution of Counsel to be served on the following in the manner indicated:

## VIA ELECTRONIC FILING

A. Zachary Naylor
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19801

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

      /s/ Robert D. Goldberg
      Robert D. Goldberg (I.D. #631)